# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2004 JUL 16 A 10:20  **ATTACHMENT 1**

U.S. DISTRICT COURT
DISTRICT OF MASS.

**PLAINTIFF'S NAME**
Lydia A Clapp

**CIVIL ACTION**

V.

NO. _____

**Defendant's Name** — HUD
EDA Enc management office / HUD
Peabody Construction Co.
Marie Bonilla
2917 Washington St
Roxbury Ma. 02119

**COMPLAINT**

**Parties**

1. The plaintiff (Lydia A. Clapp) is a resident of Boston, Suffolk County, Ma., and a legal resident of the united States.

2. The defendant, Marie Bonilla of EDA mgt. Inc also HUD, and Peabody Construction;

3. Plaintiff request control of management over all properties. Change of 3rd bedroom, and handicapped unit before others, with proper manning for the task. To join my case with that of Elizabeth A Jackson and Carol Walker-Beaty.

**Jurisdiction**

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

## Facts

5. In the Spring of 2002 I applied for Handicapped housing and 3 bedroom apartment. In a 6 hour line I spoke to people who were mostly African Americans. I was told I could apply due to the impending displacement and be put into a lottery.

6. Only in all areas. They said if my application was complete I would be put in the Bonner Paper Tire.

7. Received a number on the list and told it was my responsibility to keep current on the address so they could contact me when the number may come up.

8. 

9. I have yet to hear from them. Since then I was displaced x 2. and I see the vacancies have all been filled as of 2004 (July).

10. When I called about the status of my case I only got the run around. No one knew anything.

11. I feel I have been discriminated against due to race and handicapp people due to the lack of affordable housing in this city.

Signature: Lydia G. Clapp

Name: Lydia G. Clapp

Address: 74 Elmont St.
Dorchester, Ma. 02126
Boston, Massachusetts 00000

Telephone #: 617 265-8074