UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LYDIA A. CLAPP,
      Plaintiff,

  v.       Civil Action No.  04-11617-JLT

HUD et al.,
      Defendants.

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒ GRANTED.

☐ DENIED for the following reason(s):

☐ Plaintiff shall pay the filing fee within 35 days of the date of this Order or this action shall be dismissed without prejudice without further notice.

☒ The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 8/26/04              s/ Joseph L. Tauro
DATE              UNITED STATES DISTRICT JUDGE