10/6/04

Dear Tony,

I am Mrs. Lydia A. Clapp, with a civil case going forward in this court #04-11617-JLT.

I am witting to inform you of my change of address which is as follows.

Mrs. Lydia A. Clapp
116 Harrishof St. #1
Dorchester, Ma. 02121

Phone (617 442-9582

        Thank you

        *[signature]*

        Mrs. Lydia A. Clapp