10/17/04


Lydia A. Clapp
116 Harrishof St.
Apt.!
Dorchester, Ma. 02121


Dear Sirs,


I received these papers back from you with another gentlemen's letter in the packet and no direction for me about these forms. I would like to return the letter by him to you and find out what I am to do with these forms. I thought I was to fill them out and mail them back to you. Tony A. could you take a look and call me @617 4429582. Thank you.


                                        Sincerely

                                        *Mrs. Lydia Clapp*

                                        Mrs. Lydia A. Clapp

COPY