**Office of the Clerk-U. S. District Court**
One Courthouse Way, Boston, MA 02210  Tel: 617-748-9165  Fax: 617-748-9160

Susan Jenness
Pro Se Intake Clerk
U.S. District Court Clerk's Office
One Courthouse Way
Boston, MA 02210

Lydia Clapp
Apt. 1
116 Harrishof Street
Dorchester, MA 02121

November 29, 2004

Re: Service of Process; Civil Action No. 04-11617-JLT

Dear Ms. Clapp:

    I am in receipt of your letter dated October 17, 2004 requesting information on service of process of your complaint in the above referenced matter, and returning the US Marshal forms previously provided to you.

    Please note that notwithstanding the allowance of your Application to Proceed Without Prepayment of Fees, and the Court's direction that the United States Marshal bear the cost of service of process, it is ultimately your responsibility to ensure that the proper forms and service information are provided to the U.S. Marshal's Office. The instructions for completion are contained on the back of the forms provided (Form USM 285). Failure to ensure effective service could result in a dismissal of your case, so you need to take timely action in this matter.

    Unfortunately, the District Court Clerk's Office cannot assist you in completion of these forms, and employees of the Court are prohibited from giving you legal advise or performing any legal services on your behalf. However, I am returning the USM 285 forms you sent to this office, and am also enclosing additional forms regarding Local Rule 4.1, instructions on materials and information you must provide to the United States Marshal, and other materials you may find informative such as service of a federal defendant, and Federal Rules of Civil Procedure, Rules 4 and 5, and the corresponding Local Rules.

    I hope these materials are helpful to you.  Once you have completed the forms and provided all the necessary paperwork, you may submit the package for the U.S. Marshals to serve by sending them <u>directly</u> to the U.S. Marshal's Office, <u>Suite 1500</u> at this address.  Please note, these do <u>not</u> get filed with the District Court Clerk's Office.

                                        Very truly yours,

                                        Susan Jenness
                                        Pro Se Intake Clerk