UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LYDIA CLAPP,
    Plaintiff,                                   )
                                          )
                                          )
    V.                                          )    C.A.04-11617-JLT

HOUSING and URBAN DEVELOPMENT, ET AL
    Defendants.

DISMISSAL

TAURO,D.J.

      PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action is hereby dismissed without prejudice.

                                                      By the Court,

                                                      /s/

                                                   Zita Lovett,
                                                   DEPUTY CLERK

Date: January 5, 2006